1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTOS CHAVEZ, | ) | No. C 09-0353 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| BEN CURRY, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has denied the instant petition for writ of habeas corpus on the merits.

Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of

his petition.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated:   12/27/2010

LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.09\Chavez353jud.wpd